UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    12-cr-00144-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   PAULO DOS SANTOS SILVA, JR.,

    Defendant.

**ORDER**

This matter is before the Court upon a review of the file.   To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, April 23, 2012,** and responses to these motions shall be filed by **Friday, May 4, 2012.**   It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time.   Should a hearing become necessary, the parties shall contact chambers.   It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, June 4, 2012, at 9:00 a.m. in courtroom A-1002.**

Dated:   April 3, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE